George C. Summerfield
Email: *summerfield@stadheimgrear.com*
STADHEIM & GREAR
400 North Michigan Avenue
Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408

Attorneys for Plaintiff
ALBERTA TELECOMMUNICATIONS
RESEARCH CENTRE d/b/a TR LABS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, | |
| Plaintiff, | CASE NO. C 09-4548-JL |
| v. | STIPULATION OF DISMISSAL |
| TEXAS INSTRUJMENTS, INC., | |
| Defendant. | |

The plaintiff in the afore-captioned matter, Alberta Telecommunications Research Centre, d/b/a TR Labs ("TR Labs"), hereby stipulates to the dismissal of the complaint in that matter with prejudice as to defendant, Texas Instruments, Inc. ("TI").  TR Labs and TI are each to bear its respective costs.

Respectfully submitted,

/s/ George C. Summerfield
George C. Summerfield
STADHEIM & GREAR
400 North Michigan Avenue, Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400

Facsimile: (312) 755-4408
summerfield@stadheimgrear.com

*Attorney for Plaintiff*
*TR LABS*

Date: November 9, 2009

Date: November 12, 2009          SO ORDERED

~~U.S. DISTRICT JUDGE              Date~~
James Larson
United States Magistrate Judge

-2-